IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:08cr151TSL-JCS

HENRY EARL BUTLER

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Original Indictment against HENRY EARL BUTLER without prejudice. A Superseding Indictment has been filed in this cause.

STAN HARRIS
United States Attorney

By: S/Darren J. LaMarca
DARREN J. LAMARCA
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 30th day of September, 2009.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE